# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| **ALD SOCIAL LLC,**<br>        Plaintiff, | Civil Action No. 6:22-cv-00972 |
| v. | |
| **GOOGLE, LLC,**<br>        Defendant | JURY TRIAL DEMANDED |

## CERTIFICATE OF INTERESTED PARTIES

Pursuant to Fed. R. Civ. P. 7.1, Plaintiff, ALD Social LLC, ("Plaintiff") discloses that it has no parent corporation, and there is no publicly held corporation that owns 10% or more of any stock.  Plaintiff shows as follows:

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:

1. ALD Social, LLC
2. Ramey LLP

DATED: September 16, 2022                Respectfully submitted,

                                **Ramey LLP**

                    By: */s/ William P. Ramey, III*
                        William P. Ramey, III
                        Texas Bar No. 24027643
                        5020 Montrose Blvd., Suite 800
                        Houston, Texas 77006
                        (713) 426-3923 (telephone)
                        (832) 900-4941 (fax)
                        wramey@rameyfirm.com

                    *Attorneys for ALD Social, LLC*